# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL LAGUDI, AN INDIVIDUAL; AND WILLIAM TODD PONDER, AN INDIVIDUAL,

Appellants,

vs.

FRESH MIX, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND GET FRESH SALES, INC., A NEVADA CORPORATION,

Respondents.

No. 80950

FILED

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court's "Decision and Order; Findings of Fact and Conclusions of Law." Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge; Eighth Judicial District Court, Clark County; Elham Roohani, Judge.

Respondents have filed a motion to dismiss the appeal, and appellants have filed a response. Respondents first argue that the appeal is premature as a tolling motion remains pending below. In their response, appellants agree that this appeal may be dismissed as premature.

Upon review, it appears that a timely tolling motion was filed on March 30, 2020, and remains pending below. This court may dismiss as premature a notice of appeal filed before entry of the written disposition of the last remaining timely motion listed in NRAP 4(a)(4). NRAP 4(a)(6).

SUPREME COURT
OF
NEVADA

(O) 1947A

22-24441

Because it appears that this appeal is premature, the motion to dismiss is granted, and this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                                  Herndon


cc:    Hon. Elham Roohani, District Judge
       Hon. Elizabeth Goff Gonzalez, District Judge
       John Walter Boyer, Settlement Judge
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Fox Rothschild, LLP/Las Vegas
       Brownstein Hyatt Farber Schreck, LLP/Las Vegas
       Pisanelli Bice, PLLC
       Eighth District Court Clerk

---

[1]Given this dismissal, this court declines to reach the remaining arguments raised in respondents' motion to dismiss.